**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED
MAR 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:98-CR-00105 (HRH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott Alan Inman | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501   Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:
/s/ Richard L. Pomeroy, A.U.S.A.    XX PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 6-21-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | [signature] | 6-22-06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Cat Troyer

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/29/06   Time: 10:23 am

Signature of U.S. Marshal or Deputy: Randy M Johns

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | ∅ | ∅ | 45.00 | | | |

REMARKS:  No funds

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
Department of Revenue
Permanent Fund Dividend Division

From: United States Marshals
222 W. 7th Avenue, #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

| - For PFD Division Use Only - |
|---|
| PFD Server Code |
| **G0137** |
| Location _____ |
| Priority _____ |

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:98-CR-00105 (HRH)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** SCOTT ALAN INMAN

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:** **REDACTED**

**Amount of Writ** $22,949.48

**Service Fee** $

**Interest to October 15** $

**Total Due** $22,949.48

Service Agent

| Signature *Randy M Johnson* | Date 6/29/06 |
|---|---|
| Printed Name *Randy M Johnson* | Title USM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

Case 3:98-cr-00105-HRH   Document 37   Filed 03/21/2007   Page 3 of 4

*Alaska Department of Revenue*
**Permanent Fund Dividend Division**
2006 No Hit List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 653038 | G0137 | 399CR077 | KANIADAKIS | STEVEN | J | A CR | $ 141,775.98 |
| 653149 | G0137 | 1JU0415CI | BARTLETT | ANTHONY | G | A SA | $ 201,291.66 |
| 653153 | G0137 | 301CR60 | ANNISTASIA PARKER | JENNA | L | A CR | $ 10,710.18 |
| 653153 | G0137 | 300CR45 | PRESCOTT | DAMIEN | | A CR | $ 134,362.44 |
| 653153 | G0137 | 303CR87 | SMITH | HELEN | M | A CR | $ 560,144.19 |
| 653153 | G0137 | 303CR87 | SMITH | KENNITH | A | A CR | $ 71,923.98 |
| 653153 | G0137 | 105CR1 | TIFFANY | WADE | | A CR | $ 19,965.97 |
| 653153 | G0137 | 399CR36 | WRIGHT | JAMES | A | A CR | $ 28,828.26 |
| 653153 | G0137 | 303CR74 | HELM | BARBARA | A | A CR | $ 24,801.77 |
| 653155 | G0137 | 397CV409 | OLSON | KARIN | L | A FA | $ 81,481.49 |
| 653155 | G0137 | 302CR053 | CHANTHASENG | LISA | | A CR | $ 27,810.22 |
| 653155 | G0137 | 398CR018 | BARNETT | HUGH | W | A CR | $ 1,595.05 |
| 653155 | G0137 | 303CR005 | ARNSWORTH | RASHAD | | A CR | $ 60,584.36 |
| 653206 | G0137 | 301CR85JKS | HANEY | SUSAN | | A CR | $ 22,186.70 |
| 653206 | G0137 | 303CR121JDR | FELIX | MARGARET | | A CR | $ 1,542.59 |
| 653206 | G0137 | 303CR88RRB | BRADLEY | ELDRIDGE | | A CR | $ 41,823.48 |
| 653206 | G0137 | 402CR19RRB | HYMES | DONALD | L | A CR | $ 89,962.25 |
| 653206 | G0137 | 303CR96RRB | BECKMAN | MICHAEL | L | A CR | $ 692.97 |
| 653206 | G0137 | 392CR79AHB | GORMAN | DENNIS | R | A CR | $ 176,119.46 |
| 653206 | G0137 | 491CR122HRH | DUNHAM | WENDELL | | A CR | $ 14,518.74 |
| 653206 | G0137 | 301CR11JWS | DOERNER | RYAN | P | A CR | $ 23,531.72 |
| 653206 | G0137 | 300CV159JKS | MERCHLEWITZ RAYBURN | VICKIE | L | A FA | $ 5,767.15 |
| 653206 | G0137 | 305CR46JWS | CARRILLO-ESQUIVEL | MARCO | T | A CR | $ 22,419.53 |
| 653209 | G0137 | J0219CI | LIND | ELIA | | A SA | $ 190,810.18 |
| 653214 | G0137 | | INMAN | SCOTT | A | A CR | $ 22,949.48 |
| 653214 | G0137 | 399CR00093 | LEE | TERRY | | A CR | $ 1,619.60 |
| 653214 | G0137 | 301CR00035 | JOHNSON | DAVID | M | A CR | $ 3,595.83 |
| 653214 | G0137 | 493CR00035 | THERIAULT | BECKY | A | A CR | $ 22,767.98 |
| 653214 | G0137 | 398CR00053 | SMART | CAROLYN | | A CR | $ 6,475.39 |
| 653216 | G0137 | 305CR23JKS | GOMEZ | CHRISTIAN | S | A CR | $ 1,384.99 |
| 653216 | G0137 | 402CR8RRB | SKINNER | BENJAMIN | I | A CR | $ 5,224.29 |
| 653217 | G0137 | 304CR52JKS | CHRISTENSEN | JENNIFEWR | | A CR | $ 230,277.13 |
| 653217 | G0137 | 300CR137JKS | LANZ | JUSTIN | K | A CR | $ 1,175.66 |
| 653220 | G0137 | 304CV00027JKS | BOWEN | BARBARA | | A OT | $ 76,076.35 |
| 653243 | G0137 | 303CV181JWS | KOLLER | JOHN | M | A FA | $ 149,656.22 |

REDACTED

C:\Documents and Settings\lklemm\Local Settings\Temporary Internet Files\OLK371\G0137 not hits 2006

Page 2 of 2

**Klemm, Linda (USMS)**

**From:** Vonda StClair [vonda_stclair@revenue.state.ak.us]
**Sent:** Tuesday, December 05, 2006 3:54 PM
**To:** Klemm, Linda (USMS)
**Subject:** G0137 PFD No Payment Notification

You filed a levy on the items attached. There are no funds available for these items because the individuals were not eligible or the funds were taken by a higher priority.

If I can be of further assistance, please do not hesitate to contact me.

Vonda St.Clair
Administrative Clerk III
Permanent Fund Dividend Division
(907) 465-4671
vonda_stclair@revenue.state.ak.us

12/6/2006